No. 701. *Ex parte:* IN THE MATTER OF JOHN JOHNSON, APPELLANT. Appeal from the Circuit Court of the United States for the Southern District of New York. April 17, 1907. Docketed and dismissed on motion of *Mr. Alford W. Cooley* in behalf of counsel. No one opposing.

----

No. 515. NEW ORLEANS GREAT NORTHERN RAILROAD COMPANY, APPELLANT, *v.* THE MISSISSIPPI RAILROAD COMMISSION ET AL. Appeal from the Circuit Court of the United States for the Southern District of Mississippi. April 22, 1907. Decree reversed at the cost of appellant on confession of error, and cause remanded to be proceeded in according to law, on motion of *Mr. Marcellus Green* for the appellant. *Mr. Marcellus Green* for appellant. *Mr. R. V. Fletcher* and *Mr. C. H. Alexander* for appellees.

----

No. 638. MAGGIE MYERS, APPELLANT, *v.* ANDREW P. WYMORE, LATE SHERIFF, ETC., ET AL. Appeal from the District Court of the United States for the Western District of Missouri. April 22, 1907. Dismissed with costs, pursuant to the tenth rule. *Mr. James S. Easby-Smith, Mr. W. E. Fowler* and *Mr. R. B. Ruff* for appellant. *Mr. Herbert S. Hadley* for appellees.

----

No. 290. ISAAC BERKSON ET AL., APPELLANTS, *v.* SAMUEL H. MARCUSE, TESTAMENTARY EXECUTOR, ETC. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. April 24, 1907. Dismissed with costs, pursuant to the tenth rule. *Mr. Henry L. Lazarus* for appellants. No appearance for appellees.